No. 60311.—Wing Woh Lung Co. v. United States, protest 286907–K (New York)

Opinion by WILSON, J. In accordance with stipulation that the merchandise consists of spotted fish, packed in lard, which would now be classified at 12½ percent under paragraph 720 (b), as modified, *supra*, the claim of the plaintiff was sustained.

No. 60312.—The International Glass Co., Inc. v. United States, protests 212417–K, etc. (Minneapolis).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of chalk-white stones, faceted, similar in all material respects to those the subject of Abstract 59105, the claim of the plaintiff was sustained.

No. 60313.—Indestructible Pearl Bead Makers, Inc. v. United States, protests 278512–K and 278513–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of chalk-white stones, not faceted, similar in all material respects to those the subject of Abstract 59105, the claim of the plaintiff was sustained.